UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HELADIO MARIN JIMENEZ and NAIROVY CALCANO-CANSECO,

                     Plaintiffs,

-against-

MASK GROCERY, LLC D/B/A C-TOWN.,

                     Defendant.
-------------------------------------------------------------------X

Dkt. No.: 20 Civ. 5799 (JPO)

**JUDGMENT PURSUANT TO RULE 68**

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the Plaintiffs' acceptance on December 10, 2020 of Defendant's Offer of Judgment, by executing and filing the Offer of Judgment with the Court at Docket No. 21, Plaintiffs will take Judgment against the above-captioned Defendant in the amount of Ninety Thousand Dollars ($90,000.00) according to the terms of the Offer of Judgment, appended as Exhibit A to this Judgement, with are fully and completely incorporated herein.

Dated: New York, New York
        December 16, 2020

_____
J. PAUL OETKEN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
HELADIO MARIN JIMENEZ and NAIROVY CALCANO-CANSECO,

                Docket No.: 1:20-cv-05799 (JPO)

                Plaintiffs,

-against-              **RULE 68**
                **OFFER OF JUDGMENT**

MASK GROCERY, LLC D/B/A C-TOWN SUPERMARKET,

                Defendant.
-----------------------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Mask Grocery, LLC d/b/a C-Town Supermarket ("Defendant"), by and through undersigned counsel, hereby serve, but do not file, this Offer of Judgment as follows:

1. Defendants offer to allow judgment to be taken in the amount of Ninety Thousand Dollars ($90,000.00), inclusive of interest and liquidated damages, as of the date of acceptance;

2. This offer is inclusive of costs and reasonable attorneys' fees;

3. This judgment shall be in full satisfaction and in complete relief of all federal and state law claims or rights that Plaintiffs may have in this Action;

4. This judgment shall be entered by the District Court Clerk, for the United States District Court, Southern District of New York.

Date:  New York, New York
        December 9, 2020

1

        Respectfully submitted,

BY: _____
David F. Kluepfeld, Esq. (DK 7103)
**CASCONE & KLUEPFEL, LLP**
1399 Franklin Avenue, Suite 302
Garden City, New York 11530
Tel: (516) 747-1990, ext 141
Fax: (516) 747-1992
Email: dkluepfel@cklaw.com
*Attorneys for Defendant*

To:    Jon L. Norinsberg, Esq.
        Diego O. Barros, Esq.
        **JOSEPH & NORINSBERG, LLC**
        110 East 59th Street, Suite 3200
        New York, New York 10022
        Tel: (212) 227-5700
        Fax: (212) 406-6890
        Email: diego@norinsberglaw.com
        *Attorneys for Plaintiffs*

2