```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HELADIO MARIN JIMENEZ, et al.*,*

                                Plaintiffs,        **ORDER ADJOURNING**
                                                              **SETTLEMENT CONFERENCE**

      -against-

                                                                        **20-CV-5799 (JPO)**

MASK BROCERY, LLC,

                                Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Judgment entered on December 16, 2020 (doc. no 24) the Settlement

Conference currently scheduled for **January 13, 2021** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: December 17, 2020
       New York, New York

                                                              */s/ Katharine H. Parker*
                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge